# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KERRY RICHARDS, Personal Representative of the Estate of Annan Lin, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Bo Hou, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Changjun Chen, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Guiju Yue, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Guohui Li, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Hua Zhang, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Le Li, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Jie Li, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Liangjing Bian, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Ling Yan, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Xiaolei Zhang, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Ximin Wang, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Yan Li, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Yingxin Zhao, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Yongsheng Wen, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Yanlin Li, deceased;<br>KERRY RICHARDS, Personal Representative of the Estate of Wenchao Yue, deceased; | No. |





**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

KERRY RICHARDS, Personal Representative of the Estate of Junwei Tian, deceased;
KERRY RICHARDS, Personal Representative of the Estate of Houbin Wang, deceased;
KERRY RICHARDS, Personal Representative of the Estate of Wenzhong Du, deceased;
KERRY RICHARDS, Personal Representative of the Estate of Na Zhang, deceased;
KERRY RICHARDS, Personal Representative of the Estate of Siwan Hu, deceased;
KERRY RICHARDS, Personal Representative of the Estate of Zhijin Li, deceased;
KERRY RICHARDS, Personal Representative of the Estate of Yonggang Wang, deceased;
KERRY RICHARDS, Personal Representative of the Estate of Cuiyun Jiang, deceased;
KERRY RICHARDS, Personal Representative of the Estate of Xiaoning Hu, deceased;
KERRY RICHARDS, Personal Representative of the Estate of Baofeng Fu, deceased;
KERRY RICHARDS, Personal Representative of the Estate of Fengying Liu, deceased,

Plaintiffs,

v.

THE BOEING COMPANY, a corporation,

Defendant.

## COMPLAINT

Plaintiffs KERRY RICHARDS, Personal Representative of the Estate of Annan Lin, deceased, KERRY RICHARDS, Personal Representative of the Estate of Bo Hou, deceased, KERRY RICHARDS, personal representative of the Estate of Changjun Chen, deceased, KERRY RICHARDS, Personal Representative of the Estate of Guiju Yue, deceased, KERRY RICHARDS, Personal Representative of the Estate of Guohui Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Hua Zhang, deceased, KERRY RICHARDS, Personal



***Bradshaw & Richards, P.S.***
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

Representative of the Estate of Jie Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Le Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Liangjing Bian, deceased, KERRY RICHARDS, Personal Representative of the Estate of Ling Yan, deceased, KERRY RICHARDS, Personal Representative of the Estate of Xiaolei Zhang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Ximin Wang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Yan Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Yingxin Zhao, deceased, KERRY RICHARDS, Personal Representative of the Estate of Yongsheng Wen, deceased, KERRY RICHARDS, Personal Representative of the Estate of Yanlin Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Wenchao Yue, deceased, KERRY RICHARDS, Personal Representative of the Estate of Junwei Tian, deceased, KERRY RICHARDS, Personal Representative of the Estate of Houbin Wang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Wenzhong Du, deceased, KERRY RICHARDS, Personal Representative of the Estate of Na Zhang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Siwan Hu, deceased, KERRY RICHARDS, Personal Representative of the Estate of Zhijin Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Yonggang Wang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Cuiyun Jiang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Xiaoning Hu, deceased, KERRY RICHARDS, Personal Representative of the Estate of Baofeng Fu, deceased, and KERRY RICHARDS, Personal Representative of the Estate of Fengying Liu, deceased, through their undersigned counsel, for their Complaint against defendant The Boeing Company, state as follows:

## PLAINTIFFS

1. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Annan Lin filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Annan Lin brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW



**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Annan Lin, including but not limited to Annan Lin's mother, Xiaolan Lin, biological father, Gang Li, and stepfather, Jingsheng Zou.

2. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Bo Hou filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Bo Hou brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Bo Hou, including but not limited to Bo Hou's spouse, Na Zhang, father, Duanshui Hou, mother, Rongxiang Wang, and son, Guanqun Hou.

3. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Changjun Chen filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Changjun Chen brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Changjun Chen, including but not limited to Changjun Chen's elder brother, Changming Chen, and mother, Xiuying Liu.

4. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Guiju Yue filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the



***Bradshaw & Richards, P.S.***
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

Personal Representative of the Estate of Guiju Yue brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Guiju Yue, including but not limited to Guiju Yue's spouse, Junan Liu, and daughter, Yue Liu.

5. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Guohui Li filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Guohui Li brings this action for the benefit of the estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Guohui Li, including but not limited to Guohui Li's mother, Chunjiao Fu, and daughter, Qin Li.

6. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Hua Zhang filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Hua Zhang brings this action for the benefit of the estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of



**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

and injuries to Hua Zhang, including but not limited to Hua Zhang's spouse, Yinan Yu, father, Xinchun Li, mother, Huiming Zhang, and daughter, Yuxuan Zhang.

7. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Jie Li filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Jie Li brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Jie Li, including but not limited to Jie Li's mother, Xiuzhi Li.

8. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Le Li filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Le Li brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Le Li, including but not limited to Le Li's spouse, Yan Wen, father, Shuce Li, mother, Guiqiu Liu, and daughter, Siyi Li.

9. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Liangjing Bian filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Liangjing Bian brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover



**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Liangjing Bian, including but not limited to Liangjing Bian's spouse, Ling Li, and son, Yihao Bian.

10. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Ling Yan filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Ling Yan brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Ling Yan, including but not limited to Ling Yan's father, Jiacheng Chen, and mother, Aiyun Chen.

11. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Xiolei Zhang filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Xiolei Zhang brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Xiolei Zhang, including but not limited to Xiolei Zhang's father, Jianyi Zhang, and mother, Xianying Gao.



***Bradshaw & Richards, P.S.***
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

12. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Ximin Wang filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Ximin Wang brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Ximin Wang, including but not limited to Ximin Wang's elder brother, Xipu Wang, and father, Dengjun Wang.

13. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Yan Li filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Yan Li brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Yan Li, including but not limited to Yan Li's mother, Huijun Zhang, and father, Xinmao Li.

14. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Yingxin Zhao filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Yingxin Zhao brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and



**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Yingxin Zhao, including but not limited to Yingxin Zhao's grandfather, Jianyi Zhang, and grandmother, Xianying Gao.

15. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Yongsheng Wen filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Yongsheng Wen brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Yongsheng Wen, including but not limited to Yongsheng Wen's father, Wancheng Wen, mother, Jiping Li, spouse, Jirong Zhang, daughter, Qiwei Wen, and son, Xuanwei Wen.

16. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Yanlin Li filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Yanlin Li brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Yanlin Li, including but not limited to Yanlin Li's father, Eryou Li, and mother, Shuangfeng Liu.



***Bradshaw & Richards, P.S.***
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

17. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Wenchao Yue filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Wenchao Yue brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Wenchao Yue, including but not limited to Wenchao Yue's father, Wei Yue, and mother, Xuan Gao.

18. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Junwei Tian filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Junwei Tian brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Junwei Tian, including but not limited to Junwei Tian's elder sister, Fang Tian, father, Mingli Tian, and mother, Dongrong Xu.

19. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Houbin Wang filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Houbin Wang brings this action for the benefit of the Etate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and



***Bradshaw & Richards, P.S.***
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Houbin Wang, including but not limited to Houbin Wang's spouse, Qian Zhang, father, Baoan Wang, and mother, Xuehong Feng.

20. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Wenzhong Du filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Wenzhong Du brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Wenzhong Du, including but not limited to Wenzhong Du's spouse, Feifei Shao, son, Yiming Du, and mother, Xiuru Wei.

21. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Na Zhang filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Na Zhang brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Na Zhang, including but not limited to Na Zhang's father, Yanmin Zhang, and mother, Xuezheng Li.



**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

22. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Siwan Hu filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Siwan Hu brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Siwan Hu, including but not limited to Siwan Hu's grandfather, Yanmin Zhang, grandmother, Xuezheng Li, grandfather, Jiaji Hu, and grandmother, Lanfang Bao.

23. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Zhijin Li filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Zhijin Li brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Zhijin Li, including but not limited to Zhijin Li's spouse, Ling Liu, son, Ziwen Li, and mother, Yuqin Wang.

24. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Yonggang Wang filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Yonggang Wang brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general



**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to YonggangWang, including but not limited to Yonggang Wang's mother, Limang Cui, and father, Kefei Wang.

25. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Cuiyun Jiang filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Cuiyun Jiang brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Cuiyun Jiang, including but not limited to Cuiyun Jiang's sons, Hui Jiang and Ming Jiang.

26. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Xiaoning Hu filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Xiaoning Hu brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Xiaoning Hu, including but not limited to Xiaoning Hu's mother, Lanfang Bao, and father, Yangi Hu.



*Bradshaw & Richards, P.S.*
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

27. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Baofeng Fu filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Baofeng Fu brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Baofeng Fu, including but not limited to Baofeng Fu's elder brother, Baodung Fu, father, Jin Fu, and mother, Caihu Wang.

28. Plaintiff Kerry Richards is the duly appointed Personal Representative of the Estate of Fengying Liu filed in the King County Superior Court, Seattle, Washington. Kerry Richards as the Personal Representative of the Estate of Fengying Liu brings this action for the benefit of the Estate and all relatives, heirs, family members and wrongful death beneficiaries entitled to recover damages and for all damages recoverable under Washington State wrongful death, general and specific survival statutes, including but not limited to, RCW 4.20.010, RCW 4.20.020, RCW 4.20.046, RCW 4.20.060 and RCW 4.24.010 or any other law deemed applicable for the death of and injuries to Fengying Liu, including but not limited to Fengying Liu's daughter, Tomomi Nakayama, and son, Jingsheng Xu.

29. Plaintiff Kerry Richards is a citizen of the United States and a resident of Washington. The decedents and their above-named heirs and beneficiaries are citizens and residents of the People's Republic of China.

**DEFENDANT**

30. Defendant The Boeing Company ("Boeing") is a corporation which is incorporated and has its principal place of business in, and is a resident of, the United States. Defendant Boeing



***Bradshaw & Richards, P.S.***
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

does sufficient business in the State of Washington and in this District to subject it to the jurisdiction of the courts in this State. Specifically, defendant Boeing has its commercial headquarters in this State; the aircraft which is the subject of this action was designed, manufactured and assembled in this State; and defendant Boeing supports its aircraft in this State, including complying with airworthiness directives.

## JURISDICTION AND VENUE

31. This action arises from the deaths of more than 75 individuals at one place and one time and this Court has federal question subject matter jurisdiction pursuant to 28 U.S.C.§ 1331 under the Multi Forum Multi Jurisdiction Act, 28 U.S.C.§ 1369.

32. Venue is proper in this District under 28 U.S.C. § 1391 as defendant Boeing does business in this District.

## GENERAL ALLEGATIONS

33. On March 8, 2014, the above-named decedents were passengers on board a certain Boeing 777-200 aircraft, registration 9M-MRO ("the accident aircraft"), being operated on that date as Malaysia Air flight 370 from Kuala Lumpur, Malaysia to Beijing, China.

34. On a date prior to March 8, 2014, defendant Boeing designed, manufactured, assembled and sold the accident aircraft.

## COUNT ONE-STRICT PRODUCT LIABILITY

35. Plaintiffs restate and reallege paragraphs 1 through 34 above.

36. At the time the accident aircraft left the custody and control of defendant Boeing, it was defective and unreasonably dangerous in one or more of the following respects, among other defects:

(a) the accident aircraft's electrical wiring was defective and inadequately protected and installed and was subject to contact with combustible sources, including the oxygen supply hose in the flight crews' emergency oxygen supply;





**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

(b) the accident aircraft had combustible sources which were inadequately protected, including conductive oxygen supply hoses in the flight crews' emergency oxygen supply;

(c) the avionics and communications system in the cockpit of the accident aircraft were defective and subject to failure;

(d) the transponder of the accident aircraft was defective and subject to failure;

(e) the pressurization system of the accident aircraft was defective and subject to failure; and

(f) the fire suppression systems in the cargo hold were defective and subject to failure.

37. On the aforesaid date and as the direct and proximate result of one or more of the above-described defective and unreasonably dangerous conditions in the accident aircraft, an electrical fire occurred on the accident aircraft; and/or the avionics and communications system in the cockpit of the accident aircraft failed; and/or the transponder in the accident aircraft failed; and/or the pressurization system of the accident aircraft failed; and/or the fire suppression systems in the cargo hold failed to suppress a fire; and one or a combination of the above failures caused the flight crew to become unconscious; and the accident aircraft was caused to, and did, violently crash into the Indian Ocean and the above-named decedents were injured and caused to expire, causing injuries and damages to the surviving heirs and/or wrongful death beneficiaries and/or estates of the deceased passengers.

## COUNT TWO-WASHINGTON PRODUCT LIABILITY ACT

38. Plaintiffs restate and reallege paragraphs 1 through 37 above.

39. At all tines relevant hereto, defendant Boeing was engaged in designing, manufacturing, assembling, selling and servicing the aircraft. At some time prior to March 8, 2014, defendant Boeing created a defective and unsafe condition in the accident aircraft, in the design, manufacture, assembly and sale of the accident aircraft, making the accident aircraft unreasonably dangerous and defendant Boeing failed to issue proper and adequate guidelines, instructions,



**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

cautions and warnings related to the accident aircraft and, therefore, the accident aircraft was not reasonably safe at the time it left the custody and control of defendant Boeing.

40. This action brought herein against defendant Boeing is brought pursuant to the common law of strict product liability and negligence and the Washington Product Liability Act (WPLA), Chapter RCW 7.72, including all causes of action enumerated therein, including but not limited to, strict liability, negligence, breach of express and implied warranty, failure to warn, failure to properly instruct as to use, nondisclosure, negligent design, assembly and manufacture.

41. On the aforesaid date and as the direct and proximate result of one or more of the defective and unreasonably dangerous conditions in the accident aircraft and the tortious acts and omissions of defendant Boeing, an electrical fire occurred on the accident aircraft; and/or the avionics and communications system in the cockpit of the accident aircraft failed; and/or the transponder in the accident aircraft failed; and/or the pressurization system of the accident aircraft failed; and/or the fire suppression systems in the cargo hold failed to suppress a fire; and one or a combination of the above failures caused the flight crew to become unconscious; and the accident aircraft was caused to, and did, violently crash into the Indian Ocean and the above-named decedents were injured and caused to expire, causing injuries and damages to the surviving heirs and/or wrongful death beneficiaries and/or estates of the deceased passengers.

## COUNT THREE-NEGLIGENCE

42. Plaintiffs restate and reallege paragraphs 1 through 41 above.

43. At all times relevant hereto, defendant Boeing owed a duty to the decedents and the decedents' heirs, wrongful death beneficiaries, family members and estates to exercise reasonable



**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

care in the design, manufacture, assembly and sale of the accident aircraft so as to not cause injury to, or the deaths of, the decedents.

44. Defendant Boeing negligently breached the duty of care it owed to the decedents and the decedents' heirs, wrongful death beneficiaries, family members and estates through one or more of the following negligent acts or omissions:

(a) negligently designed, manufactured, assembled and sold the accident aircraft such that the accident aircraft's electrical wiring was defective and inadequately protected and installed and was subject to contact with combustible sources, including the oxygen supply hose in the flight crews' emergency oxygen supply;

(b) negligently designed, manufactured, assembled and sold the accident aircraft such that the accident aircraft had combustible sources which were inadequately protected, including conductive oxygen supply hoses in the flight crews' emergency oxygen supply;

(c) negligently designed, manufactured, assembled and sold the accident aircraft such that the avionics and communications system in the cockpit of the accident aircraft were defective and subject to failure;

(d) negligently designed, manufactured, assembled and sold the accident aircraft such that the transponder of the accident aircraft was defective and subject to failure;

(e) negligently designed, manufactured, assembled and sold the accident aircraft such that the pressurization system of the accident aircraft was defective and subject to failure; and

(f) negligently designed, manufactured, assembled and sold the accident aircraft such that the fire suppression systems in the cargo hold of the accident aircraft were defective and subject to failure.

45. As the direct and proximate result of one or more of the of the aforesaid negligent acts or omissions of defendant Boeing in breach of its duty owed, an electrical fire occurred on the accident aircraft; and/or the avionics and communications system in the cockpit of the accident aircraft failed; and/or the transponder in the accident aircraft failed; and/or the pressurization system of the accident aircraft failed; and/or the fire suppression systems in the cargo hold failed to suppress a fire; and one or a combination of the above failures caused the flight crew to become unconscious; and the accident aircraft was caused to, and did, violently crash into the Indian Ocean



**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

and plaintiffs' decedents were injured and caused to expire, causing injuries and damages to the surviving heirs and /or wrongful death beneficiaries and/or estates of the decedents.

## DAMAGES AND PRAYER FOR RELIEF

46. As the direct and proximate result of the defective and unreasonably dangerous conditions in the accident aircraft and the negligent and tortious acts and omissions of defendant Boeing which resulted in the crash of the accident aircraft and the deaths of the decedents, the heirs, wrongful death beneficiaries, next of kin, family members and estates of their respective decedents have suffered a loss of support, loss of net accumulations, loss of household and other services, loss of care, comfort, companionship, guidance and society and mental anguish, sorrow, and grief as the result of the deaths of the decedents, and all other damages recoverable under the laws of the state of Washington and other law found to be applicable to plaintiffs' claims.

47. As the direct and proximate result of the defective and unreasonably dangerous conditions in the accident aircraft and the negligent and tortious acts and omissions of defendant Boeing which resulted in the crash of the accident aircraft, plaintiffs' decedents were caused to suffer multiple and diverse injuries of both a personal and pecuniary nature, general and special damages for personal injury occasioning their deaths, damages for their awareness and fear of impending doom, conscious pain and suffering and severe terror prior to impact and prior to their deaths, and property damage. Had the decedents survived, they each would have been entitled to bring an action for damages, and such action has survived them.

48. Plaintiffs' decedents' estates have suffered special damages for destroyed earning capacity, and net economic loss occasioned by the premature deaths of plaintiffs' decedents, funeral and burial expenses, and other damages recoverable under the laws of the State of Washington and other law found to be applicable to plaintiffs' claims.



**Bradshaw & Richards, P.S.**
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

WHEREFORE, plaintiffs KERRY RICHARDS, Personal Representative of the Estate of Annan Lin, deceased, KERRY RICHARDS, Personal Representative of the Estate of Bo Hou, deceased, KERRY RICHARDS, Personal Representative of the Estate of Changjun Chen, deceased, KERRY RICHARDS, Personal Representative of the Estate of Guiju Yue, deceased, KERRY RICHARDS, Personal Representative of the Estate of Guohui Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Hua Zhang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Jie Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Le Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Liangjing Bian, deceased, KERRY RICHARDS, Personal Representative of the Estate of Ling Yan, deceased, KERRY RICHARDS, Personal Representative of the Estate of Xiaolei Zhang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Ximin Wang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Yan Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Yingxin Zhao, deceased, KERRY RICHARDS, Personal Representative of the Estate of Yongsheng Wen, deceased, KERRY RICHARDS, Personal Representative of the Estate of Yanlin Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Wenchao Yue, deceased, KERRY RICHARDS, Personal Representative of the Estate of Junwei Tian, deceased, KERRY RICHARDS, Personal Representative of the Estate of Houbin Wang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Wenzhong Du, deceased, KERRY RICHARDS, Personal Representative of the Estate of Na Zhang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Siwan Hu, deceased, KERRY RICHARDS, Personal Representative of the Estate of Zhijin Li, deceased, KERRY RICHARDS, Personal Representative of the Estate of Yonggang Wang, deceased, KERRY RICHARDS, Personal



***Bradshaw & Richards, P.S.***
11300 Roosevelt Way NE, Ste 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067

Representative of the Estate of Cuiyun Jiang, deceased, KERRY RICHARDS, Personal Representative of the Estate of Xiaoning Hu, deceased, KERRY RICHARDS, Personal Representative of the Estate of Baofeng Fu, deceased, and KERRY RICHARDS, Personal Representative of the Estate of Fengying Liu, deceased, through their undersigned counsel, pray for the entry of a judgment in their favor and against defendant The Boeing Company for an amount to be proven at trial, to fully and fairly compensate plaintiffs for all damages available to plaintiffs under any applicable law for the injuries and damages set forth above, together with costs and such other damages and relief as may be allowed by law.

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated: March 6, 2017

/s/Kerry A. Richards

Kerry A. Richards, WSBA #6650
Bradshaw & Richards, P.S.
11300 Roosevelt Way NE
Suite 300
Seattle, Washington 98125
Phone: (206) 622-3444
Fax: (206) 363-8067
krichards@brad-rich-law.com

/s/Floyd A. Wisner

Wisner Law Firm, P.C.
514 W. State Street
Suite 200
Geneva, Illinois 60134
Phone: (630) 262-9434
Fax: (630) 262-1066
faw@wisner-law.com
IL Bar #3048713
*Pro Hac Vice application pending*

*Attorneys for Plaintiffs*